UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TIMOTHY HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-cv-443 |
| ) | (PHILLIPS/SHIRLEY) |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

JUDGMENT ORDER

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge H. Bruce Guyton. [Doc. 19.] There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the Defendants' motions, [Doc. 20] **IT IS ORDERED AND ADJUDGED** that the plaintiff Timothy Hayes take nothing, and that Plaintiff's claims be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

ENTER:

s/ Thomas W. Phillips
United States District Judge

ENTERED AS A JUDGMENT
 s/ *Debra C. Poplin*
 CLERK OF COURT

1